**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION**

| | | |
|---|---|---|
| **CHARLES AARON N T GREEN,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CASE NO. 1:24-cv-565** |
| **v.** | : | |
| | : | |
| **RESURGENT RECEIVABLES, LLC,** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF REMOVAL

**PLEASE TAKE NOTICE** that on this date, Defendant Resurgent Receivables, LLC ("RESURGENT"), by and through its undersigned counsel, hereby removes the above-captioned matter to the United States District Court for the District of Maryland, and in support thereof avers as follows:

1.      RESURGENT is a Defendant in a civil action originally filed in the District Court of Maryland for Baltimore County, Maryland titled *Charles Aaron N T Green v. Resurgent Receivables, LLC* and docketed to Case No. D-08-CV-24-007259.

2.      This removal is timely under 28 U.S.C. § 1446(b) as RESURGENT first received the Complaint on February 20, 2024.

3.      Pursuant to 28 U.S.C. § 1446, attached to this Notice are copies of all process, pleadings and orders received by RESURGENT in the state court action.

4.      The United States District Court for the District of Maryland has original jurisdiction over this action pursuant to 28 U.S.C. § 1331, in that Plaintiff has filed claims against RESURGENT alleging violations of the Fair Credit Reporting Action (FCRA) 15 U.S.C. § 1681, *et seq*.

5.      On this date, RESURGENT provided notice of this Removal to Plaintiff and to the District Court of Maryland for Baltimore County.

WHEREFORE, Defendant Resurgent Receivables, LLC respectfully removes this case to the United States District Court for the District of Maryland Baltimore Division.

Respectfully submitted,

**MESSER STRICKLER BURNETTE, LTD.**

By:     */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
Fed. Bar No. 29597
12276 San Jose Blvd. Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com

SPENCER M. SCHULZ, ESQUIRE
3157 Gentilly Blvd. #2558
New Orleans, LA 70122
225-746-8123
904-683-7353 (fax)
sschulz@messerstrickler.com
*Counsel for Defendant Resurgent Receivables, LLC*

Dated: February 26, 2024

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 26, 2024, a true copy of the foregoing document was served on all unrepresented parties and counsel of record by electronic service and/or U.S. Mail, postage prepaid.

**MESSER STRICKLER BURNETTE, LTD.**

By:    */s/ Lauren M. Burnette*
LAUREN M. BURNETTE, ESQUIRE
Fed. Bar No. 29597
12276 San Jose Blvd. Suite 718
Jacksonville, FL 32223
(904) 527-1172
(904) 683-7353 (fax)
lburnette@messerstrickler.com

SPENCER M. SCHULZ, ESQUIRE
3157 Gentilly Blvd. #2558
New Orleans, LA 70122
225-746-8123
904-683-7353 (fax)
sschulz@messerstrickler.com
*Counsel for Defendant Resurgent Receivables, LLC*

Dated: February 26, 2024