# EXHIBIT A

**DISTRICT COURT OF MARYLAND FOR**

LOCATED AT (COURT ADDRESS)
8914 KELSO DRIVE
ESSEX, MARYLAND 21221

CASE NO.
CVD-08-CV-24-007259

**COMPLAINT/APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT**
☐ $5,000 or under   ☒ over $5,000

Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim ☐ consumer debt (original creditor)
The particulars of this case are:

PLEASE SEE THE COMPLAINT ATTACHED!!!

**PARTIES**

Plaintiff - Name Address, Telephone Number
CHARLES AARON N T GREEN
621 JOPPA FARM RD
JOPPA, MD 21085-4445

VS.

Defendant(s) - Name, Address, Telephone Number

1. RESURGENT RECEIVABLES LLC
55 BEATTIE PL, SUITE 110
GREENSVILLE, SC 29601
Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

2. RESIDENT AGENT:
CORPORATION SERVICE COMPANY
508 MEETING STREET
GREENVILLE, SC 29169
Serve by: ☒ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

3. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

4. Serve by: ☐ Certified Mail ☐ Private Process ☐ Constable ☐ Sheriff

(See Continuation Sheet)

☐ I am interested in trying to resolve this dispute through mediation/ADR. (You will be contacted about ADR services after the defendant is served.)

The plaintiff claims:
Principal: $ 29,999.99
Pre-judgment interest at the ☐ legal rate ☐ contractual rate, calculated at _____ %, from _____ to _____ (_____ days x $ _____ per day)
Total Principal + pre-judgment interest: $ _____
Post-judgment interest at the ☐ legal rate ☐ contractual rate until _____, legal rate thereafter ☐ waived
and attorney's fees of $ _____ plus court costs.
☐ Return of the property valued at $ _____ and damages of $ _____ for its detention in an action of replevin.
☐ Return of the property, or its value, $ _____ and damages of $ _____ for its detention in action of detinue.
☐ Other: _____
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code   Attorney Number
Printed Name: CHARLES AARON N T GREEN
Address: 621 JOPPA FARM RD
JOPPA, MD 21085-4445
Telephone: (240) 781-9392   Fax: _____
E-mail: cangreen74@ymail.com

**ATTORNEYS**
For Plaintiff – Name, Address, Telephone Number & Code

**MILITARY SERVICE AFFIDAVIT**

☐ Defendant(s) _____ is/are in the military service.   ☐ Verified through DOD at: http://scra.dmdc.osd.mil/
Name
☐ No defendant is in the military service. The facts supporting this statement are: _____

Specific facts must be given for the court to conclude that each defendant who is a natural person is not in the military.
☒ I am unable to determine whether or not any defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in this Affidavit are true and correct to the best of my knowledge, information, and belief.

January 4, 2024
Date                            Signature of Affiant

**APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT** (See Plaintiff Notice on Back Page)
The attached documents contain sufficient detail as to liability and damage to notify the defendant clearly of the claim against the defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet ☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ plaintiff ☐ _____ of the plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the defendant to the plaintiff the sum set forth in the complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of this document are true.

Date                            Signature of Affiant
DC-CV-001 (front) (Rev. 10/01/2023)

CMPET

## IN THE DISTRICT COURT OF MARYLAND
## FOR BALTIMORE COUNTY

| | | |
|---|---|---|
| CHARLES AARON N T GREEN<br>621 Joppa Farm Rd<br>Joppa, Maryland 21085 | )<br>)<br>)<br>) | JUDGE: |
| Plaintiff, | )<br>) | |
| Vs. | )<br>) | CASE No.: D-08-CV-24-007259 |
| RESURGENT RECEIVABLES LLC<br>55 Beattie Pl STE 110<br>Greenville, SC 29601-5115 | )<br>)<br>)<br>) | |
| | ) | **COMPLAINT** |
| Defendant. | ) | |

**NOW COMES** the Plaintiff Pro-se in the above-styled seeking relief from this Honorable Court based on the foregoing dispositive facts set forth below:

1. The Defendant has reported false erroneous and fictitious information about me that has been dispersed nationwide. (EXH-A, i.e., plaintiff's personal credit profile)

2. The Defendant after being notified that said information was in fact false and reporting in error did nothing to correct the matter. (Afd'v of mailing sent to def'd)

3. The Defendant's reporting of alleged **Acct# 5466451142974758** has caused the Plaintiff financial injuries in that same has been denied credit as a result of the information being disseminated in error intentionally.

4. The Defendant has failed to provide any legal or factual proof by affidavit to the Plaintiff of the alleged information being reported.

5. The Defendant has submitted the following information about Plaintiff in the State of Maryland, using a **Baltimore County address** delegating jurisdiction over same.

1

## CLAIM #1 PERSONAL & FINANCIAL INJURY

Per the FACTS set forth in paragraphs 1-5, the Defendant has perpetrated a tort of personal as well as financial injuries to the Plaintiff in this case. 50 Am Jur. 2d Libel & Slander §155 & §256 hold that parties affected by false and erroneous reports constitute liability for the libel and slander dispersed abroad.

The Defendant can clearly be shown to have caused such damages via personal correspondences certified mail return receipt requested, credit profiles, as well as affidavits that can and will be made part of the Court's records, pending the outcome of adjudication in this case.

## CLAIM #2 PERSONAL INJURY VIA FALSE & MISLEADING INFORMATION

See **Koropoulous v. Credit Bureau, Inc., 734 F2d 37 (D.C. 1987),** where the court held, "Credit reports containing factually correct information that nonetheless **mislead** their readers are neither maximally accurate within the meaning of Fair Credit Reporting Act nor fair to consumers who are subject of report." Also, **Henson v. CSC Credit Services, 29 F3d 280 (7th Cir. 1994)** where the court held, "Credit reporting agency that negligently violates Fair Credit Reporting Act (FCRA) is potentially **liable** for ACTUAL DAMAGES, costs and attorney fees." Finally, in **Spence v. TRW, INC., 92 F3d 380 (6th Cir. 1996),** the court held, "Showing on **INACCURACY** is essential element of CLAIM under Fair Credit Reporting Act." Please see Plaintiff's **EXHIBIT-A** as MATERIAL EVIDENCE to substantiate CLAIM(S) of "inaccuracy of credit report."

## CLAIM #3 CRA'S & FURNISHER'S LIABILITY FOR DAMAGES

A. Per the FACTS set forth in '11-5, the Defendant has perpetrated a tort of liability against the Plaintiff in this case. 15 USCS §1682(e)(b), "to establish **LIABILITY** against the Defendant in this case under 15 use §1681(e)(b), consumer need not introduce direct evidence of

unreasonableness of procedures, but in certain instances, " ... INACCURATE CREDIT REPORTS BY THEMSELVES can fairly be read as evidencing unreasonable procedures." See **Parker v. Parker**, (2000 MD Ala) 124 F. Supp. 1216 and **Ruffin-Thompkins v. EXPERIAN INFORMATION SOLUTIONS, INC.,**(2003 ND Ill) 2003 U.S. Dist. LEXIS 23647. See **EXHIBIT-A**, Plaintiff's personal credit profile with Defendant's false derogatory information posting.

### CLAIM #4 MALICIOUS & WILLFUL INTENT TO INJURE

A. Per the FACTS set forth in paragraphs 1-5, the Defendant, after being notified that said information was false & misleading, continued to disperse same that made said actions now to be calculated, wanton & malicious. See **REED v. EXPERIAN, INC.,**(2004 DC Minn) 321 F. Supp. 1109. Also, see **Graham v. CSC Credit Services, Inc.** (2004 DC Minn) 306 F. Supp. 873.

### CLAIM #5 JURISDICTION OF COURTS

A. Per the FACTS set forth in paragraphs 1-5, the Defendant, by submitting this inaccurate information into Plaintiff's resident state, did delegate jurisdiction over this "controversy" to this Honorable Court per 15 USC §1681p. - Jurisdiction.

# R E L I E F

A. Plaintiff requests injunctive relief ordering the Defendant to correct Plaintiff's credit profile(s) as identified in Exh-A, i.e.. credit reports(s).

B. All expenses and any other relief this Court deems just.

C. JURY TRIAL for DAMAGES.

D. $18,000 for actual damages and $11,999.99 for punitive damages.

Respectfully Submitted,

_____
CHARLES GREEN
621 Joppa Farm Rd
Joppa, Maryland 21085

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4TH day of January, 2024, one true and correct copy of the foregoing dispositive Motion was mailed via U.S. First Class Postage prepaid to: CORPORATION SERVICE COMPANY c/o 508 Meeting St., Greenville, SC, 29169, USA.

_____
Charles Green

4